**CLOSED**

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed on or After November 1, 1987) |
| **Angel Marcial-Concepcion** | No. 08-15724-001M-SD |
| Citizen of Mexico | Richard L. Juarez (AFPD)<br>Attorney for Defendant |
| USM#: 75794208    DOB: 1987 | ICE#: A88 768 405 |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 5/5/2008 to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FIFTEEN (15) DAYS on Count ONE, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted    **FINE:** $    **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

08-15724-001M-SD                                                                                   Page 2 of 2
*USA vs. Angel Marcial-Concepcion*

Date of Imposition of Sentence: **Monday, May 5, 2008**

_____ Date 5/5/2008 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____        By:_____
United States Marshal                                    Deputy Marshal
08-15724-001M-SD -

UNITED STATES DISTRICT COURT                                        MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: __5/5/2008__          CASE NUMBER: __08-15724-001M-SD__

**PLEA/SENTENCING MINUTES**
USA vs. __Angel Marcial-Concepcion__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__ Judge #: __70BK__
U.S. Attorney _____    INTERPRETER REQ'D __Ricardo Gonzalez__
                                                  LANGUAGE: __Spanish__
Attorney for Defendant __Richard L. Juarez (AFPD)__

   DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

   DOA __5/2/08__          ☒ Complaint Filed          ☒ Appointment of counsel hearing held
   ☐ Financial Afdvt taken ☒ No Financial Afdvt taken ☐ Financial Afdvt sealed
   ☒ Initial Appearance

**DETENTION HEARING:**       ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:  before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**   ☒ Held  ☐ Cont'd  ☐ Reset
Set for: before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts __ONE__
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) __ONE__ of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ___
☒    ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM
**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of __15 Days__ ☐ Probation/Supervised Release for _____
☒ Special Assessment $ __REMITTED__   ☐ Fine $_____  ☐ Restitution $_____
Other: _____

                                        RECORDED: __CS__
                                        BY: Jocelyn M. Arviso, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Angel MARCIAL-Concepcion
Citizen of Mexico
YOB: 1987
088768405
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15724MP

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT I

That on or about May 2, 2008, near Andrade, California in the Southern District of California, Defendant Angel MARCIAL-Concepcion, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Ernesto Aldrete
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 5, 2008                                          at                    Yuma, Arizona
Date                                                                      City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

| | |
|---|---|
| Defendant: | Angel MARCIAL-Concepcion |
| Dependents: | None |
| **IMMIGRATION HISTORY:** | The Defendant is an illegal alien. |
| **CRIMINAL HISTORY:** | None Found. |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on May 2, 2008.

Charges:   8 USC§1325            (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____May 5, 2008_____
Date

_____
Signature of Judicial Officer

*Probable Cause Statement*

I, Senior Patrol Agent Ernesto Aldrete, declare under penalty of perjury, the following is true and correct:

## STATEMENT OF FACTUAL BASIS

| | |
|---|---|
| Defendant: | Angel MARCIAL-Concepcion |
| Dependents: | None |
| **IMMIGRATION HISTORY:** | The Defendant is an illegal alien. |
| **CRIMINAL HISTORY:** | None Found. |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on May 2, 2008.

Executed on: May 3, 2008     Time: 7:40 a.m.
Signed: _____ Senior Patrol Agent

### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page, I find probable cause to believe that the defendant(s) named therein committed the offense on May 2, 2008 in violation of Title 8, United States Code, Section 1325.

Finding made on: Date  May 3, 2008   Time 10:09 AM

Signed: _____ United States Magistrate Judge